UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE THOMAS FULLER,<br><br>Petitioner,<br><br>v.<br><br>KARIN ARNOLD,<br><br>Respondent. | C26-3893 TSZ<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas Petition is dismissed without prejudice.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

IT IS SO ORDERED.

Dated this 23rd day of November, 2026.

Thomas S. Zilly

Thomas S. Zilly
United States District Judge